**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02258-REB-NYW

WAYNE DOUGLAS PIETKIEWICZ,

      Plaintiff,

v.

BLACK & VEATCH CORPORATION,

      Defendant.

---

### MINUTE ORDER

---

Entered By Magistrate Judge Nina Y. Wang

      This civil action is before the court pursuant to Plaintiff's Unopposed Motion to File an Amended Complaint (the "Motion"). [#32, filed February 4, 2016]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated December 2, 2015 [#15] and the memorandum dated February 5, 2016 [#33].

      The Parties are reminded that pursuant to D.C.COLO.LCivR 15.1(a), a motion to amend is not necessary where a party files an amended pleading with the consent of the opposing party.

      IT IS ORDERED that the Motion [#32] is **GRANTED** and the Clerk of the Court is directed to docket [#32-2] as the First Amended Complaint.

DATED: February 8, 2016