**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 15-cv-02258-REB-NYW

WAYNE DOUGLAS PIETKIEWICZ,

    Plaintiff,

v.

BLACK & VEATCH CORPORATION,

    Defendant.

**MINUTE ORDER**

Entered By Magistrate Judge Nina Y. Wang

    This civil action is before the court pursuant to the Joint Motion to Amend Scheduling Order and Trial Preparation Conference Order (the "Motion"). [#37, filed March 30, 2016]. The matter was referred to this Magistrate Judge pursuant to the Order Referring Case dated December 2, 2015 [#15] and the memorandum dated March 31, 2016 [#38].

    The Parties ask for approximately one month's extension of certain pre-trial dates to accommodate a mediation of Plaintiff's claims. The Parties are reminded that this Magistrate Judge has no authority to move the Final Pretrial Conference and Trial Preparation Conference or the Jury Trial as set in Honorable Robert E. Blackburn's Trial Preparation Conference Order [#20].

    IT IS ORDERED that the Motion [#37] is **GRANTED**:

1. The deadline by which to designate expert witnesses is extended from April 12, 2016 to **May 12, 2016**;
2. The deadline by which to designate rebuttal expert witnesses is extended from May 16, 2016 to **June 15, 2016**;
3. The deadline by which to file motions pursuant to Rules 702, 703, and 704 of the Federal Rules of Evidence is extended from June 15, 2016 to **July 20, 2016**; and
4. All other pending deadlines remain set.

DATED: April 1, 2016